UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Mr. Joseph Jerome Ross         CIVIL ACTION
VERSUS                         NO. 18-8931
Mr. Joseph L. Waitz etc        SECTION "I" (1)
"The Charges and SENTENCE No Goods."
Mr. Jerry J. Larpenter Sheriff
"MEDICAL ATTENTION refused"

Clerk of Court

- The Court into Houma, LA - Sands 2, MOTION
  MOTION to Signature I Do Not Signature

— 1. MOTION FOR EXPUNGEMENT —

2. ORDER OF EXPUNGEMENT OF ARREST/
   CONVICTION RECORD.

Filed Date: 10/19/2018. !!! (?$ why
$989,987.00 million

"Sgt. Bourgeois to transfer or RELEASE refused"
Filed: TERREBONNE PARISH refused to transfer."
CC:
relief
Date: 10/22/2018. ?

Clerk of Court

"refused"
"Why The PARISH Do Not
one to transfer or RELEASE."? !!!

Doc # 11336

Mr. Joseph Jerome Ross #
Mr. Joseph Jerome Ross
P.O. Box 4048
Houma, LA 70361

TENDERED FOR FILING
NOV 01 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Officer's Signature by Date: 10-16-18
Sgt. Bailey Bailey
you need to fill out a yellow Medical Form for medical issues and DOC the state has to release you.
"Fill out a Medical Form"

submit yellow medical request to medical staff
LT TSCHWAUSCH 10/11/18

you have appointment this morning for ortho
r. petie neal 10/22/18

your time is not calculated. We can not give you a copy of your jail credit letter.
Sgt. Zeringue 10-15-18 DOC HAS NOT CALCULATED IT !!!

~~Court decisions and Sentence not review~~
will put you for next available visit for doctor haydel
you went to an ortho Doctor for 8:30 am today Monday 10/22/18 so this grievance has been taken care of.
10/22/18. Major C. Triche

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH JEROME ROSS
VERSUS
JOSEPH L. WAITZ, JR., ET AL
Jerry J. Larpenter Sheriff

CIVIL ACTION
NO. 18-8731
SECTION: "I"(1)

## MOTION FOR EXPUNGEMENT

NOW INTO COURT comes mover, who provides the Court with the following information in connection with this request:

ORDER OF EXPUNGEMENT OF ARREST/CONVICTION RECORD.

The record of arrest and conviction which Mover seeks to have expunged is for operating a motor vehicle while intoxicated and Mover has had another record of arrest and misdemeanor conviction expunged during the previous ten-year period.

"TO BE COMPLETED BY PHYSICIAN/MEDICAL STAFF."
P. J.C, refused MEDICAL ATTENTION Staff

Filed:
C:
relief:
Date: 10/22/2018.?
Clerk of Court

Signature by:
s/ Joseph Jerome Ross
Mr Joseph Jerome Ross
T.P.C.J.C # ~~11336~~
~~P.O. Box 1886~~
~~Houma LA 70361~~

page 0 of 4

(OFFICER's said)                           Date: 10/22/2018
Well, Sgt. Bourgeois does not have access to that paperwork either, I am the one who gives the rap sheets again, yours is not available.

32ND JUDICIAL DISTRICT Court of PARISH of TERREBONNE, LA -
Joseph L. Waitz, Jr., District Attorney, of the Thirty-Second Judicial District Court, through the undersigned Assistant District Attorney, charges that in the Parish of Terrebonne, and within the jurisdiction of the Thirty-Second Judicial District Court that:

The 32ND Judicial District Court that <u>false</u> information on Court records and Case.

1.) A. Legal "Charges and SENTENCE and DOCKET," <u>false</u>.
2.) The Court Error "into the Court MINUTES of COURT," false.

Convicted of and seek to expunge a misdemeanor, ARRESTS THAT DID NOT RESULT IN CONVICTION. Mover was convicted of a criminal offense during the ten-year period.

The arrest and conviction being sought to have expunged is for operating a motor vehicle while intoxicated and a copy of the proof from the Department of Public Safety and misdemeanor conviction expunged during the previous ten-year period.

page 4 of 4

Date: 10/24/18 MEDICAL ATTENTION Time:

JAIL: TERREBONNE PARISH refused me Joseph Jerome Ross # 111336, MEDICAL ATTENTION to go see my Dr. at LCMC/chaBert.
— COMPLETED BY PHYSICIAN/MEDICAL STAFF —

In Jail Date 05/20/2018," my finger at was swole Adm Date: 05/21/2018, go to LCMC/chaBert to see the Dr. for check my finger and signature page work for a Surgerys.

medical records NO. MDication for 180 days MEDICAL paprwork on records into the PARISH Jail of Houma, LA —

Name: Joseph Jerome Ross # 111386, The PARISH of Houma LA — refuseds me Joseph Jerome Ross, to be transfer or RELEASE, looking on page Error on top you see office's refused on records

Nature of Complaint: In Jail 05/20/18 and 05/21/18 I have pins IN my Left Leg from my Hip All The way Down to my Ankle.
I half 3, surgery 2, on my finger at off and 1, Surgery on my hernia I go to LCMC/chaBert for Check, the Dr. Siad you half Black ♡ on your Heart at looking Caheor you half Chest Pains yes I DO I go see you be RELEASE. soon come Back soon. I lost my finger into Jail.
1, Surgery, highblood, finger off, hernia, Heart, Chest Pain or Caheor. on my MEDICAL records

r. petie neal,    DATE, 10/14/18 to DATE, 10-16-18

I am checking with shift to see what bed you are in if need be will correct.

☒ will get with shift to see what bed you are in. You are assigned bottom bunk will correct if need. Also got with Classification to see about release date.

You are assigned 16B bottom bunk I will get with shift to see if some one else in bed and correct if need. DATE, 10-16-18
R. PETIE NEAL,

Sgt. Zeringue DATE. 10-15-18
your time is not Calculated, We Can not give you a copy of your jail credit letter. 10/15/18

☒ ♡ you need to fill out a yellow Medical form for medical issues and Doc# the state has to release you. 10/12/18   DATE, 10/16/18. Sgt. Bailey,

Fill out a Medical Form. Sgt. Bailey, 10/16/18

DOC# HAS NOT CALCULATED IT !!! Sgt. Zeringue, DATE. 10/15/18 to 10/15/18

Submit yellow medical request to medical staff LT. T. SCHWAUSCH, DATE. 10/16/18 to 10/16/18.

YOU WERE BROUGHT TO PROPERTY ROOM YESTERDAY, DATE 10/14/18 to 10/16/18

PLEASE
I REQUEST FOR Sgt. Bailey, PLEASE send me a copy of my D.O.C rap sheet PLEASE your half a rap sheet into the your records PLEASE.

Sgt. Bourdeoi's          Sgt. Bergeron
R. petit Neal            LT. T. SCHWAUSCIT
Sgt. Zeringue            Capt. S. Bergeron
Sgt. Bailey              LT. CARROLL WHITE

work for
TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX
Jerry J. Larperter Sheriff
P.O. Drawer 1670 Houma, LA - 70361

Sgt. Zeringue, your rap sheet is not available, DOC# hasn't Calculated your time. DATE: 10/17/18.

PRINTED by Calculate D.O.C# rap sheet for Do the Calculate D.O.C# time for TERREBONNE PARISH JAIL.
LA - Board of
Pardons and Parole
P.O. BOX 94304
Baton Rouge, LA - 70804

over

( PLEASE ) FORM
10/18/18, THE CIVIL RIGHTS ACT, 42 U.S.C SECTION 1983
by Ms DBOURG — COMMISSARY PROBLEMS
FROM: LAST NAME  FIRST NAME  MIDDLE NAME
BOI# 35821-41  POD: B-100  CELL: 200  DATE: 10/
REQUEST: OFFICER'S SIGNATURE -
OFFICER'S NAME:                  Signature by:
            (Print)

Error top — Date: 10/19/2018.   Looking on page Date: 10/22/18 Error top

You can submit a request to see the warden but he will insist that you specifically detail the reason for your request.
This grievance is outside the scope of this procedure it should be on an inmate request form. An you should explain what you needing to talk to me about so I can research it if it's needed. — 10/19/18 — Major C. Triche

Joseph. I already answered another grievance today reference to you wanting to transfer out and explained it to you. This is a duplicate grievance still waiting for Doc# for your time calculation.

Doc# has not calculated your time yet we are waiting for them to do so this is why you can't be transfer out you may get released we still waiting and checking with DOC reference to your time being calculated.

Court decisions and sentence not reviewable through this procedure. Sgt. Bourgeois informs me that Doc# has not yet calculated you time. Your rap sheet is not available. Doc# hasn't calculated your time. Sgt. Zeringue bx.

TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX JAIL of Houma, LA - The C/O office's said, why you can't be transfer out you may get ?!!!
Date: 10/19/2018. !!!?#

Capt. S. Bergeron                    Sgt. Zeringue
LT. T. SCHWAUSCH               Sgt. Bailey
Major C. Triche                       Joseph L. Waitz Jr. DA
LT. CARROLL WHITE           Jerry J. Larpenter Sheriff
Sgt. KAREN BECNEL            DOC #

*Louis*

*Charges as of*
*10/23/18 - $3983.30*
*Will Release for*
*$7000.00*

| TEST DATE | | | DRIVER'S LICENSE STATE |
|---|---|---|---|
| 05/20/2018 | | | LA |

| SUBJECT'S DATE OF BIRTH | | | SUBJECT'S RACE |
|---|---|---|---|
| 02/07/1964 | 54 | Male | B |

## OPERATOR INFORMATION

| OPERATOR'S NAME | OPERATOR'S PERMIT # | OPERATOR'S CERTIFICATION DATE | OPERATOR'S CERTIFICATION EXPIRATION DATE |
|---|---|---|---|
| THERIOT, SIDNEY P | 08426 | 01/09/2018 | 01/09/2020 |

| INSTRUMENT SERIAL # | INSTRUMENT LOCATION | OPERATOR'S AGENCY | ARRESTING AGENCY | PARISH NUMBER | TIME FIRST OBSERVED |
|---|---|---|---|---|---|
| 90-001242 | HOUMA P.D. | 2127 | 2127 | 55 | 02:06 |

OFFICER'S SIGNATURE

*Jimmys wrecker*
*call evidence*
*to get*

## SUBJECT TEST RESULTS

| Test | BAC g% | Time |
|---|---|---|
| Diagnostics | Passed | 02:21:08 |
| Air Blank | 0.000 | 02:21:34 |
| Subject Sample | 0.132 | 02:22:07 |
| Air Blank | 0.000 | 02:22:55 |
| Diagnostics | Passed | 02:23:00 |

**SUBJECT'S BAC**

**0.132 g%**

[X] Attach new and clean mouthpiece
[X] Instruct subject to blow into mouthpiece until tone stops
[X] Subject provided proper sample
[X] Air blank results 0.000g%
[X] Remove and discard mouthpiece
[X] Diagnostic check OK
[X] Test record printed

Revised 04/30/2015

Instrument Certification Date: 01/25/2018   Certification By: _____

**Coburn's**
**Coburn Supply Company**
TEXAS | LOUISIANA | MISSISSIPPI | TENNESSEE | ALABAMA
coburns.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Joseph J. Ross                    CIVIL ACTION
VERSUS                            NO 18-8731
Joseph C. Waitz, JR.              SECTION "I"(2)

Joseph J. Ross
2634 Matthew CT
Houma LA. 70363

TENDERED FOR FILING

NOV 01 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. District Court,
500 Poydras Street
Room C-151
New Orleans, LA. 70130

Joseph J. Ross
2639. Mathew CT
Houma LA. 70363

NEW ORLEANS LA 700
30 OCT 2018 PM 2 L FOREVER USA
Barn Swallow

U.S. District Court
500 Poydras Street
Room - C-151
New Orleans, Louisiana 70130

70130-335731